# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AUDREY WORDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | No. 05-2559 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter comes before the Court on plaintiff's motion for <u>Dismissal With Prejudice</u> (Doc. #5) filed April 19, 2006. Plaintiff states the parties have stipulated that plaintiff will dismiss the case with prejudice.

**IT IS THEREFORE ORDERED** that the case be and hereby is **DISMISSED WITH PREJUDICE**.

Dated this 25th day of April, 2006 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge

O:\Orders\05-2559 Worden\05-2559 Worden dismissal.wpd